**Electronically Filed**
**Supreme Court**
**SCPW-18-0000078**
**15-FEB-2018**
**01:39 PM**

SCPW-18-0000078

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DAVID DOUGLAS KROMER, on behalf of
NORMAN KALANI ASAM, Petitioner,

vs.

STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CASE NO. 1DCW-18-0000395)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Order Denying Petition

for Writ of Habeas Corpus, filed on February 14, 2018, is

corrected to reflect that the filing year of the petition for

writ of habeas corpus was 2018 and not 2017.

DATED: Honolulu, Hawai'i, February 15, 2018.

/s/ Richard W. Pollack

Associate Justice

